AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

LETTERIOUS ALEXANDER,

Plaintiff,

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER:  4:25-cv-93

JEFFERY TISDALE,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of this Court dated July 10, 2026, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Plaintiffs complaint is

dismissed, and this case stands closed.

7/10/2026

*Date*

John E. Triplett, Clerk of Court

*Clerk*

*Martha C. Mormenso*

*(By) Deputy Clerk*

GAS Rev 10/2020